**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

MONIQUE CROSS and AMERICA
THOMAS, on behalf of themselves and all
other persons similarly situated, known and
unknown

   Plaintiffs,

v.

DIVERSIFIED RESTAURANT HOLDINGS,
INC.

   Defendant.

_____/

Case No. 18-11968

Honorable Nancy G. Edmunds

## <u>JUDGMENT</u>

In accordance with the Court's order granting Defendant's motion to dismiss entered this date,

**IT IS ORDERED AND ADJUDGED** that judgment is hereby **GRANTED** in favor of Defendant and this case is **DISMISSED**.

**SO ORDERED**.

<u>s/Nancy G. Edmunds</u>
Nancy G. Edmunds
United States District Judge

Dated:  August 3, 2020

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 3, 2020, by electronic and/or ordinary mail.

<u>s/Lisa Bartlett</u>